CO-386-online
10/03

# United States District Court
# For the District of Columbia

CENTRAL BUCKS SCHOOL DISTRICT, on behalf )
of itself and all other similarly situated entities, )
)
)
)
             Plaintiff )
     vs )       Civil Action No._____
)
WACHOVIA BANK N.A., et al. )
)
)
             Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Plaintiff  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Central Bucks School District  which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC Bar No. 153742
BAR IDENTIFICATION NO.

Michael D. Hausfeld
Print Name

1100 New York Ave., NW, Ste. 500 West Tower
Address

Washington, DC 20005
City          State          Zip Code

(202) 408-4600
Phone Number